# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

SALVATORE A. LOMBARDI, JR. :
:
v. : C.A. No. 07-21A
:
MICHAEL J. ASTRUE, :
Commissioner of the Social Security :
Administration :

## JUDGMENT

**COURT DECISION:**

**JUDGMENT SHALL ENTER** for the defendant, Michael J. Astrue, against the plaintiff, Salvatore A. Lombardi, Jr., pursuant to the Court's Memorandum and Order dated January 28, 2008, GRANTING the Commissioner's Motion for an Order Affirming the Decision of the Commissioner and DENYING Plaintiff's Motion to Remand the Decision of the Commissioner.

BY:

/s/ Jeannine Noel
JEANNINE NOEL, Deputy Clerk

January 28, 2008